IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

UNITED FINANCIAL CASUALTY COMPANY,

        PLAINTIFF         CIVIL ACTION NO.: 5:10-cv-00118
                                      IRENE C. BERGER, JUDGE

v.

JOSHUA NEWSOM, FAC TRUCKING COMPANY,
EDWARD CLINE, WOODROW CLINE, W E TRUCKING,
EDWARD CLINE, JR, FRANCES CLINE AND
MICHAEL CLINE,

        DEFENDANTS

**STIPULATION AND ORDER OF DISMISSAL**

This day came the plaintiff, by counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and announced unto the court that – in light of the compromise and settlement of Cause Number CV-09001553, in the District Court of Liberty County, Texas – it no longer desires to continue with the prosecution of its Complaint for Declaratory Judgment. Thereupon the plaintiff moved the court to dismiss its Complaint for Declaratory Judgment and to dismiss this action, with prejudice.

The court finds that the motion is well taken. Therefore, it is hereby ORDERED that the motion of the plaintiff, pursuant to Rule of Civil Procedure 41(a)(2) be, and the same is, hereby granted. It is further ORDERED that the Complaint for Declaratory Judgment and this action be, and is hereby, dismissed with prejudice, and removed from the docket of the court.

ENTER this __14th__ day of __February__, 2011.

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA

Prepared by:


s/ W. Joseph Bronosky

R. Carter Elkins
W. Va. State Bar I.D. 1116
W. Joseph Bronosky
W. Va. State Bar ID. 6051
*Counsel for Plaintiff*
*United Financial Casualty Company*


Campbell Woods, PLLC
1002 Third Ave.
Post Office Box 1835
Huntington, WV 25719-1835
(304) 529-2391


Approved by:



s/ Christopher B. Bledsoe (by W. Joseph Bronosky, with telephone permission)

Christopher B. Bledsoe, Esq
W.Va State Bar I.D. 9693
*Counsel for Edward Cline*

Bledsoe Law Office
P.O. Box 1529
Pineville, WV 24874
(304) 732-8555

2

<u>s/ Lynnette Simon Marshall</u>  (by W. Joseph Bronosky, with telephone permission)

 Lynnette Simon Marshall
W. Va. State Bar I.D. 8009
*Counsel for Frances Cline, Michael Cline*
*and FAC Trucking*

Schuda & Associates, pllc
P.O. Box 3425
Charleston, WV 25335
(304) 343-8928